**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 578 MAL 2021

           Respondent                  :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

           v.                           :

                                  :

JAMES MICHAEL BIDWELL,            :

                              :

               Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.